# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BIG GAMES MANAGEMENT, LLC | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2214-S |
| BESPOKE PLUSH, LLC | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff Big Games Management, LLC's Motion for Default Judgment against Defendant Bespoke Plush, LLC [ECF No. 18] is **GRANTED**.

**SO ORDERED.**

SIGNED February 5 2025.

_____
UNITED STATES DISTRICT JUDGE